FILED
CLERK, U.S. DISTRICT COURT

JAN 2 0 2021

CENTRAL DISTRICT OF CALIFORNIA
BY /s/

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS JAY MITCHELL,<br><br>Defendant. | Case No. 8:21-000023-DUTY<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations including failure to report as directed and repeated positive drug tests, criminal history, including convictions involving violence, fraud, forgery, and evading a peace officer with willful or wanton disregard for safety*

1 and

2 B. ( X ) The defendant has not met defendant's burden of establishing by clear and
3 convincing evidence that he is not likely to pose a danger to the safety of any other
4 person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is
5 based on: *nature of current allegations including failure to report as directed and repeated positive*
6 *drug tests, criminal history, including convictions involving violence, fraud, forgery, and evading a*
7 *peace officer with willful or wanton disregard for safety*

9 IT THEREFORE IS ORDERED that the defendant be detained pending further
10 revocation proceedings.

12 Dated: January 20, 2021

JOHN D. EARLY
United States Magistrate Judge